```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

SUNTRUST BANK,                  )
                                )
        Plaintiff               )   No. 3:12-0198
                                )   Judge Nixon/Brown
v.                              )
                                )
TEDD A. TJORNHOM,               )
                                )
        Defendant               )

## O R D E R

Judge Nixon has set aside the final judgment in this matter (Docket Entry 18). As the Magistrate Judge understands the pleadings in this case the Plaintiff has recently learned that the Defendant filed a bankruptcy petition in this matter and obtained a discharge of the debt that is the subject of this litigation.

Absent notification from any party that a release from the bankruptcy discharge has been obtained, the **Clerk** is directed to administratively close this case and nothing further will be done pending a request to reopen for good cause shown.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge